UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MASS ELECTRIC CONSTRUCTION COMPANY**      *

    **Plaintiff,**      *   Case No.: JFM 00 CV 1885

    *

v.      *

**THE WHITING-TURNER CONTRACTING COMPANY**      *

    **Defendant.**      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the parties' Consent Motion to Enlarge Time to File a Responsive Pleading, it is this _13th_ day of _July_, 2000

ORDERED that the parties' Consent Motion be and is hereby granted extending Defendant's time for filing a responsive pleading an additional twenty (20) days, or until August 9, 2000.

_____
Judge
United States District Court for the District of Maryland

