UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY | * |
| Plaintiff, | * |
| v. | * Case No.: JFM 00 CV 835 |
| MASS ELECTRIC CONSTRUCTION COMPANY, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MASS ELECTRIC CONSTRUCTION COMPANY | * |
| Plaintiff, | * Case No.: JFM 00 CV 1885 |
| v. | * |
| THE WHITING-TURNER CONTRACTING COMPANY | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Consolidate filed on behalf of The Whiting-Turner Contracting Company, and of any oppositions thereto, it is this _____ day of _____, 2000 by the United States District Court for the District of Maryland,

ORDERED that the two above captioned actions be and are hereby consolidated for all purposes, including pretrial proceedings and trial.

_____
Judge
United States District Court for the District of Maryland